# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 13-CV-03715 |
| U.S. v. $8,277.00 in U.S. Currency | ) ) | |
| Defendant. | ) ) | |

DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 17, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 02, 2014 at Baltimore, MD.

/s/
_____
Stefan Cassella
AUSA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION
## COURT CASE NUMBER: 13-CV-03715; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

> $8,277.00 U.S. Currency (13-DEA-585033) which was seized from Michael Anderson and Shawne Suggs Anderson on June 20, 2013 at 701 Camelot Way, located in Fort Washington, MD

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (December 17, 2013) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 101 W. Lombard Street, Baltimore, MD 21201, and copies of each served upon Assistant United States Attorney Stefan D. Cassella, 36 S. Charles Street, Fourth Floor, Baltimore, MD 21201, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between December 17, 2013 and January 15, 2014. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. U.S. v. $8,277.00 in U.S. Currency

**Court Case No:** 13-CV-03715
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 12/17/2013 | 24.0 | Verified |
| 2 | 12/18/2013 | 23.9 | Verified |
| 3 | 12/19/2013 | 24.0 | Verified |
| 4 | 12/20/2013 | 24.0 | Verified |
| 5 | 12/21/2013 | 24.0 | Verified |
| 6 | 12/22/2013 | 23.9 | Verified |
| 7 | 12/23/2013 | 24.0 | Verified |
| 8 | 12/24/2013 | 24.0 | Verified |
| 9 | 12/25/2013 | 24.0 | Verified |
| 10 | 12/26/2013 | 24.0 | Verified |
| 11 | 12/27/2013 | 24.0 | Verified |
| 12 | 12/28/2013 | 23.9 | Verified |
| 13 | 12/29/2013 | 24.0 | Verified |
| 14 | 12/30/2013 | 24.0 | Verified |
| 15 | 12/31/2013 | 24.0 | Verified |
| 16 | 01/01/2014 | 24.0 | Verified |
| 17 | 01/02/2014 | 24.0 | Verified |
| 18 | 01/03/2014 | 24.0 | Verified |
| 19 | 01/04/2014 | 24.0 | Verified |
| 20 | 01/05/2014 | 24.0 | Verified |
| 21 | 01/06/2014 | 24.0 | Verified |
| 22 | 01/07/2014 | 24.0 | Verified |
| 23 | 01/08/2014 | 24.0 | Verified |
| 24 | 01/09/2014 | 24.0 | Verified |
| 25 | 01/10/2014 | 24.0 | Verified |
| 26 | 01/11/2014 | 24.0 | Verified |
| 27 | 01/12/2014 | 24.0 | Verified |
| 28 | 01/13/2014 | 24.0 | Verified |
| 29 | 01/14/2014 | 24.0 | Verified |
| 30 | 01/15/2014 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.