UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. PWG-13-3715 |
| $8,277.00 in United States Currency, | : | |
| Defendant. | : | |

: : : : :

**FINAL ORDER OF FORFEITURE**

IT IS ORDERED, ADJUDGED, AND DECREED on this ____ day of _____, 2014, that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. § 2465;

4. In accordance with the settlement agreement that is annexed as **Exhibit B** to the government's motion, $2,069.25 of the defendant property is HEREBY FORFEITED to the United States pursuant to 21 U.S.C. § 881(a)(6) and any right to such property held by any person who did or could have filed a claim in this action is hereby extinguished.  The remainder of the defendant property ($6,207.75) will be released to the Claimant, Shawne Kirsten Suggs-Anderson.

5. The United States Marshals Service shall dispose of the defendant property in accordance with law and in accordance with the Settlement Agreement.

6. Each party shall bear its own costs.

7. The clerk of the court shall provide copies of this order to counsel of record.

8. The case is now CLOSED.

IT IS SO ORDERED.

                                                                     _____
                                                                     Paul W. Grimm
                                                                     United States District Judge